VICTORIA K. SWEET, Respondent, *v.* THE UNITED STATES MUTUAL ACCIDENT ASSOCIATION OF THE CITY OF NEW YORK, Appellant.

(Argued January 17, 1888; decided January 24, 1888.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made November 11, 1887, affirming an order of Special Term opening a default herein.

*S. W. Rosendale* for appellant.

*Benno Loewy* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

JOHN G. AVERY, Respondent, *v.* THE NEW YORK CENTRAL, AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 17, 1888; decided January 24, 1888.)

APPEAL from order of the General Term of the Superior Court of Buffalo, made October 24, 1887, which affirmed an order of Special Term, denying a motion to vacate or modify a judgment entered herein upon remittitur from the Court of Appeals.

*James F. Gluck* for appellant.

*Truman C. White* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.